No. 85–969. GRAY ET AL. v. OFFICE OF PERSONNEL MANAGE-MENT. C. A. D. C. Cir. Certiorari denied.

JUSTICE WHITE, dissenting.

In this case the United States Court of Appeals for the District of Columbia Circuit held that the comprehensive remedial scheme established by Congress in the Civil Service Reform Act of 1978[1] (CSRA) indicates a congressional intent to preclude judicial review under the Administrative Procedure Act[2] of claims that could have been reviewed administratively under the CSRA. 248

[1] Pub. L. 95–454, 92 Stat. 1111 (codified as amended in scattered sections of 5 U. S. C.).

[2] 5 U. S. C. § 701 *et seq.*

U. S. App. D. C. 364, 771 F. 2d 1504 (1985). While eight other Courts of Appeals have reached a similar conclusion, the United States Court of Appeals for the First Circuit has held to the contrary. *Dugan* v. *Ramsay*, 727 F. 2d 192 (1984). I would grant certiorari to resolve this conflict.